### HARRELL v. ROBERTS.

COBB, J. The motion for a new trial presents no new or important question of law or fact; no error of law was committed by the court, and the evidence was sufficient to warrant the verdict.

*Judgment affirmed. All the Justices concurring.*

Argued November 9 — Decided December 6, 1899.

Complaint. Before Judge Smith. Dodge superior court. September term, 1898.

*J. H. Martin,* for plaintiff in error.
*DeLacy & Bishop,* contra.

---

### BALL v. MASHBURN & BUSSELL et al.

SIMMONS, C. J. A partnership composed of two persons, one of whom had been a member of a previous partnership engaged in the same line of business, is not as such bound for any breach of duty or of contract committed by the old firm, when it appears that the partner coming into the business did not either directly or indirectly contract to be so bound but, on the contrary, expressly declined to have any connection with the affairs or business of the old firm.

*Judgment affirmed. All the Justices concurring.*

Submitted November 10, — Decided December 6, 1899.

Appeal. Before Judge Smith. Wilcox superior court. March term, 1899.

*D. B. Nicholson* and *Thomson & Whipple,* for plaintiff.
*Cutts & Lawson* and *T. C. Taylor,* for defendants.